1

**BONAKDAR**
LAW FIRM

2    Roger S. Bonakdar, #253920
     2344 TULARE ST., SUITE 301
3    FRESNO, CALIFORNIA 93721
     PHONE (559) 495-1545
4    FAX (559) 495-1527

5    Attorney for DEFENDANT, MARIA PEREZ-VASQUEZ

6

7

8

9                    IN THE UNITED STATES DISTRICT COURT

                      EASTERN DISTRICT OF CALIFORNIA
10                              * * * * * *

11   UNITED STATES OF AMERICA,              CASE NO.  1:16-CR-00093-003 LJO-SKO

12                          Plaintiff,      STIPULATION AND ORDER TO
                                            CONTINUE SENTENCING HEARING
13                  v.
                                            Sentencing Hearing: January 16, 2018
14   MARIA VICTORIA PEREZ-VASQUEZ,          Time: 8:30 a.m.
                                            Courtroom 4
15                          Defendant.      Hon. Lawrence J. O'Neill

16

17         WHEREAS the Sentencing Hearing has been scheduled in this matter for

18   January 16, 2018.

19         WHEREAS Roger S. Bonakdar, counsel for Defendant Maria Victoria Perez-

20   Vasquez requests additional time to meet with Probation Officer Ms. Flores and Ms.

21   Perez-Vasquez to prepare the Presentence Investigation Report.

22         WHEREAS the purpose of Mr. Bonakdar's request to meet with Ms. Perez-

23   Vasquez is to provide probation with information concerning Mr. Perez-Vasquez that

24

25   bears directly on Probation's recommendation relative to sentencing.

26         WHEREAS as there is insufficient time for Attorney Bonakdar to appear for the

27   conference with Probation, so that the PSR may be prepared in time for the

28   sentencing hearing, as presently set.

WHEREAS counsel for the parties have met and conferred concerning the continuance, and the Government has no opposition to a continuance.

THEREFORE, IT IS STIPULATED by and between the parties that the January 16, 2018, sentencing hearing be continued for a period of not less than 45 days.

THEREFORE, IT IS FURTHER STIPULATED that this Stipulation may be executed in multiple counterparts, and that said counterparts (when offered together) shall constitute a fully executed original.  In this regard, signatures by facsimile shall be given the same force and effect as originals.

IT IS SO STIPULATED:

Dated:  November 27, 2017                      PHILLIP A. TALBERT
                                               United States Attorney

                                       By:  /s/Christopher D. Baker
                                            CHRISTOPER D. BAKER
                                            Assistant United States Attorney


Dated: November 27, 2017                       UNITED STATES PROBATION


                                            /s/ Natalie Flores
                                            NATALIE FLORES
                                            United States Probation Officer


Dated: November 27, 2017                       BONAKDAR LAW FIRM

                                       By:  /s/ Roger S. Bonakdar
                                            ROGER S. BONAKDAR
                                            Attorney for Defendant
                                            MARIA PEREZ-VASQUEZ

///

ORDER

The Stipulation to Continue Sentencing Hearing having come before this Court and good cause appearing therefore;

IT IS HEREBY ORDERED that the January 16, 2018, Sentencing hearing is hereby continued to March 12, 2018 at 8:30am.

IT IS FURTHER ORDERED that the deadlines for exchange of informal objections, and filing of formal objections and sentencing memorandi, shall be extended to reconcile with the continued Sentencing Hearing date.

IT IS SO ORDERED.

Dated:     **November 28, 2017**          **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES CHIEF DISTRICT JUDGE

**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**