(SPACE BELOW FOR FILING STAMP ONLY)

BONAKDAR LAW FIRM
Roger S. Bonakdar, #253920
2344 TULARE ST., SUITE 301
FRESNO, CALIFORNIA 93721
PHONE (559) 495-1545
FAX (559) 495-1527

Attorney for DEFENDANT, MARIA PEREZ-VASQUEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MARIA VICTORIA PEREZ-VASQUEZ, Defendant. | CASE NO. 1:16-CR-00093-003 DAD<br><br>ORDER GRANTING MOTION TO EXONERATE BOND |

Defendant Maria Victoria Perez-Vasquez (herein “Ms. Perez-Vasquez”), motion for an Order Exonerating Bond having come before this Court, and good cause appearing therefore, it is hereby ORDERED:

The Court finds that Ms. Perez-Vasquez was released pursuant to a $1,000.00 cash bond posted on or about June 17, 2016. Ms. Perez-Vasquez is no longer subject to the custody of this Court having complied with all conditions of her release.

THEREFORE IT IS ORDERED that the Clerk of the Court is to exonerate the $1,000 cash bond posted in this case, with said funds being released to the depositor of record who paid said funds on behalf of Ms. Perez-Vasquez on June 17, 2016, Document Nos. 15, and 42, Receipt No. CAE100032823 on behalf of Ms. Perez-Vasquez.

///

IT IS SO ORDERED.

Dated: **March 3, 2021**

UNITED STATES DISTRICT JUDGE